UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RICHARD SHERMAN, on his own
behalf and others similarly situated,**

    **Plaintiff,**

v.                                       Case No.  8:06-cv-1266-T-30MSS

**A.J. LONDON CORPORATION,
a Florida corporation,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal Without Prejudice (Dkt. #6). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 8, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-1266.dismissal 6.wpd